IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.:  05-30072-GPM |
| | ) | |
| MARC KING | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court defendant Marc King's Motion to Amend Conditions of Pre-Trial Release. **(Doc. 29).**  For good cause shown, the subject motion **(Doc. 29)** is **GRANTED**.


It is hereby ordered as follows:


A.  The Defendant, Marc King, shall be permitted to travel to and remain in West Virginia for that period between and including May 26, 2005 through June 1, 2005 for the purposes of attending a pre-planned family reunion.

B.  That the Defendant, Marc King, shall on or before June 1, 2005 return to and remain in the Southern District of Illinois or the Eastern District of Missouri until further order of this court.

C.  That the Defendant, Marc King, shall otherwise comply with this court's Order of May 5, 2005 and the conditions of his release.

**IT IS SO ORDERED.**

**DATED:  May 25, 2005**

**s/ Clifford J. Proud_____**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**